# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| BEN FABRIKANT, individually and on behalf of all other similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>CLEAR LINK TECHNOLOGIES, LLC, a Utah limited liability company,<br><br>Defendant. | No. 8:20-cv-00470-JFB-CRZ<br><br>**ORDER OF DISMISSAL** |

IT IS HEREBY ORDERED that, pursuant to the Joint Stipulation of the Parties, this matter is dismissed without prejudice as to Plaintiff's individual claims against Defendant and without prejudice as to the putative Class pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii). The dismissal of Plaintiff's individual claims against Defendant will automatically convert to a dismissal with prejudice within forty-five (45) days after the entry of this order, unless the matter is reinstated by Plaintiff or the Parties agree to extend said deadline before the expiration thereof. Each Party shall bear their own costs and attorneys' fees.

Dated this 17th day of February 2021.

BY THE COURT:

s/ Joseph F. Bataillon
Senior United States District Judge